

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARQUIS L. TAYLOR,

    Plaintiff,

v.                                       Civil Action No. **3:09CV218**

SERGEANT REED, et al.,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on May 6, 2009, the Court conditionally docketed Plaintiff's action. On May 12, 2009, the Memorandum Order was returned to the Court by the United States Postal Service marked, "Inmate Released," "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                              /s/        REP
                                      Robert E. Payne
                                      Senior United States District Judge

Date: June 8, 2009
Richmond, Virginia